IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

MEGHAN LEATH,

    Plaintiff,

v.                                                                            Case No. 2:25-cv-02165-MSN-tmp
                                                                           JURY DEMAND

ABSOLUTE RECOVERY SERVICES LLC,

    Defendant.

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Before the Court is the Chief Magistrate Judge's Report and Recommendation (ECF No. 8), entered July 17, 2025. The Report recommends granting Plaintiff thirty (30) days to amend her complaint to bring her claim under 15 U.S.C. § 1681s–2(b) in lieu of dismissal. No objections were filed.

**STANDARD OF REVIEW**

Congress enacted 28 U.S.C. § 636 to relieve the burden on the federal judiciary by permitting the assignment of district court duties to magistrate judges. *See United States v. Curtis*, 237 F.3d 598, 602 (6th Cir. 2001) (citing *Gomez v. United States*, 490 U.S. 858, 869–70 (1989)); *see also Baker v. Peterson*, 67 F. App'x 308, 310 (6th Cir. 2003). For dispositive matters, "[t]he district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. §636(b)(1). After reviewing the evidence, the court is free to accept, reject, or modify the magistrate judge's proposed findings or recommendations. 28 U.S.C. § 636(b)(1). The district court is not required to review—under a *de*

*novo* or any other standard—those aspects of the report and recommendation to which no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *See id.* at 151.

## **DISCUSSION AND CONCLUSION**

The Court has reviewed the Report and the record and finds no clear error. The Chief Magistrate Judge warned that:

> WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.

(ECF No. 8 at PageID 22.) Despite this clear warning, no objections were filed.

Accordingly, the Court **ADOPTS** the Report and Recommendation (ECF No. 8) in its entirety. Plaintiff shall have thirty (30) days from the date of entry of this Order to amend her complaint to bring her claim under 15 U.S.C. § 1681s–2(b).

**IT IS SO ORDERED**, this 11th day of August, 2025.

> *s/ Mark S. Norris*
> MARK S. NORRIS
> UNITED STATES DISTRICT JUDGE