# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

MEGHAN LEATH,

    Plaintiff,

v.    Case No. 2:25-cv-02165-MSN-tmp

ABSOLUTE RECOVERY SERVICES LLC,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 2), filed February 13, 2025.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal (ECF No. 11), filed October 3, 2025, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

October 06, 2025
Date